WILLIAM H. ROBERTS, Respondent, *v.* OLGA PETROVA, Appellant.

*Appeal — unanimous affirmance — motion to dismiss appeal without permission to Court of Appeals granted.*

Roberts v. Petrova, 219 App. Div. 772, appeal dismissed.
(Argued May 2, 1927; decided May 17, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that permission to appeal had not been granted.

*Melville H. Cane* for motion.

*Nash Rockwood* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.